**Motion granted and Order filed July 29, 2022.**



In The

# Fourteenth Court of Appeals
————————

## NO. 14-22-00377-CV
————————

## IN THE INTEREST OF O.H., A CHILD

---

**On Appeal from the 313th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-00604J**

---

### ORDER

This is an accelerated appeal from a judgment in a parental termination appeal. Appellant's brief was originally due July 11, 2022. On July 12, 2022, the court granted appellant an extension to August 1, 2022 to file her brief and noted no further extensions would be granted absent exceptional circumstances. Before the court is appellant's motion for a second extension to August 9, 2022 to file her brief.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within 180 days of the date the notice of appeal is filed.

*See* Tex. R. Jud. Admin. 6.2(a) (effective May 1, 2012). This accelerated schedule requires greater compliance with briefing deadlines.

Therefore we grant appellant's motion and order appellant's appointed counsel, Donald M. Crane, to file appellant's brief no later than **August 9, 2022.** If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court. In addition, the court may require appointment of new counsel due to the failure to timely file appellant's brief.


PER CURIAM


Panel Consists of Justices Zimmerer, Spain, and Poissant.